1  ADAM FEE (SB# 345075)
   adamfee@paulhastings.com
2  BEN NICHOLSON (SB# 317970)
   bennicholson@paulhastings.com
3  PAUL HASTINGS LLP
   1999 Avenue of The Stars
4  Los Angeles, California  90067
   Telephone:  1(310) 620-5700
5  Facsimile:  1(310) 620-5899

6  Attorneys for Defendant
   Aubrey Jackson Shelton II

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 23-00258 JSC |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO UPDATE PRETRIAL SCHEDULE AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| AUBREY JACKSON SHELTON, | ) | |
| Defendant. | ) | |

In consideration of the Court's upcoming hearing regarding Defendant's Motion to Hold in Abeyance the Government's Notice of Dismissal of Counts One Through Eight (Dkt. 76), the parties through undersigned counsel, hereby stipulate and agree to request that the pretrial schedule be revised as follows:

- October 16, 2024 (already set) – Further status conference.
- October 18, 2024 – Exhibit/witness lists exchanged by the parties; Rule 404(b) notification deadline; Expert notification deadline.
- October 25, 2024 (already set) – Motions *in limine* due; Joint and disputed proposed jury questionnaires and *voir dire* due.
- November 1, 2024 (already set) – Responses to motions *in limine* due; Pretrial conference statements due; Proposed jury instructions due; Witness/Exhibit lists due; Copies of exhibits due to be exchanged.

STIPULATION TO UPDATE PRETRIAL SCHEDULE AND [~~PROPOSED~~] ORDER
Case No. CR   23-00258 JSC

- November 13, 2024 (already set) – Pretrial conference.
- December 2, 2024 (already set) – Jury selection and trial.

IT IS SO STIPULATED.

DATED:   October 8, 2024

/s/
NOAH STERN
Assistant United States Attorney

DATED:   October 8, 2024

/s/
ADAM FEE
Counsel for Defendant AUBREY JACKSON SHELTON

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the Court HEREBY ORDERS the following pretrial deadlines:

- October 18, 2024 – Exhibit/witness lists exchanged by the parties; Rule 404(b) notification deadline; Expert notification deadline

IT IS SO ORDERED.

DATED:   October 10, 2024

HON. JACQUELINE SCOTT CORLEY
United States District Judge

STIPULATION TO UPDATE PRETRIAL SCHEDULE AND [PROPOSED] ORDER
Case No. CR   23-00258 JSC