ADAM FEE (SB# 345075)
adamfee@paulhastings.com
BEN NICHOLSON (SB# 317970)
bennicholson@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of The Stars
Los Angeles, California 90067
Telephone: 1(310) 620-5700
Facsimile: 1(310) 620-5899

Attorneys for Defendant
Aubrey Jackson Shelton II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-00258 JSC |
| Plaintiff, | JOINT STATEMENT REGARDING MEET AND CONFER BETWEEN AUBREY SHELTON AND THIRD PARTIES REPAIRPAL INC., ARTHUR SHAW, KAITLIN DEMMA, KATHLEEN LONG, AND OAKLEY JOHNSON |
| v. | |
| AUBREY JACKSON SHELTON, | |
| Defendant. | |

In accordance with the Court's order that Defendant Aubrey Shelton meet and confer with third parties RepairPal, Inc., Arthur Shaw, Kaitlin Demma, Kathleen Long, and Oakley Johnson (the "Subpoena Recipients") regarding Mr. Shelton's subpoenas to produce documents, Dkt. 89, Mr. Shelton and the Subpoena Recipients submit the following report to the Court:

The parties met and conferred by videoconference at 3pm on October 10, 2024. The parties did not resolve their disagreements but will continue to meet and confer early next week.

JOINT STATEMENT OF AUBREY SHELTON, REPAIRPAL INC., ARTHUR SHAW, KAITLIN DEMMA, KATHLEEN LONG, AND OAKLEY JOHNSON
Case No. CR 23-00258 JSC

| | | |
|---|---|---|
| DATED: | October 11, 2024 | /s/ Adam Fee |
| | | ADAM FEE |
| | | BEN NICHOLSON |
| | | Counsel for Defendant Aubrey Shelton |
| | | |
| DATED: | October 11, 2024 | /s/ Tyler Newby |
| | | TYLER NEWBY |
| | | KATIE BARKSDALE |
| | | Counsel for Third Parties RepairPal, Inc., Arthur Shaw, Kaitlin Demma, Kathleen Long, and Oakley Johnson |

JOINT STATEMENT OF AUBREY SHELTON, REPAIRPAL INC., ARTHUR SHAW, KAITLIN DEMMA, KATHLEEN LONG, AND OAKLEY JOHNSON
Case No. CR 23-00258 JSC