ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NOAH STERN (CABN 297476)
NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7200
    Noah.Stern@usdoj.gov
    Nikhil.Bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-00258 JSC |
| Plaintiff, | STIPULATION TO UPDATE PRETRIAL SCHEDULE AND [PROPOSED] ORDER |
| v. | |
| AUBREY JACKSON SHELTON, | |
| Defendant. | |

The parties through undersigned counsel, hereby stipulate and agree to the following pretrial schedule:

- January 16, 2025 – Exhibit/witness lists exchanged by the parties; Rule 404(b) notification deadline; Expert notification deadline

- January 27, 2025 – Motions *in limine* due

- February 6, 2025 – Oppositions to motions *in limine* due; proposed jury instructions due; copies of exhibits due to be exchanged by parties

- February 10, 2025 – Proposed jury questionnaire due

- February 13, 2024 – Trial memos, witness lists, exhibit lists, stipulations, objections to

exhibits, and pretrial conference statement due

- February 20, 2025 (already set) – Pretrial conference
- March 3, 2025 (already set) – Jury selection and trial

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 9, 2025

/s/
NOAH STERN
Assistant United States Attorney

DATED: January 9, 2025

/s/
ADAM FEE
Counsel for Defendant AUBREY JACKSON SHELTON

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the Court HEREBY ORDERS the following pretrial deadlines:

- January 16, 2025 – Exhibit/witness lists exchanged by the parties; Rule 404(b) notification deadline; Expert notification deadline
- January 27, 2025 – Motions *in limine* due
- February 6, 2025 – Oppositions to motions *in limine* due; proposed jury instructions due; copies of exhibits due to be exchanged by parties
- February 10, 2025 – Proposed jury questionnaire due
- February 13, 2025 – Trial memos, witness lists, exhibit lists, stipulations, objections to exhibits, and pretrial conference statement due

IT IS SO ORDERED.

Dated: January 10, 2025

HON. JACQUELINE SCOTT CORLEY
United States District Judge