# PAUL HASTINGS

February 28, 2025

VIA ECF

The Honorable Jacqueline S. Corley
United States District Judge
Northern District of California
San Francisco Courthouse, Courtroom 8—19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *United States v. Shelton*, 23-cr-258, Remote Testimony

Dear Judge Corley:

    I write on behalf of Defendant Aubrey Shelton to confirm that the defense witness Paul Lamb be permitted to testify via videoconference, in the event Mr. Shelton elects to present a defense in the above-referenced case.

    As discussed at the pretrial conference, Mr. Lamb is currently traveling in a remote region of Mexico and will be unable to return to the United States before the anticipated conclusion of the defense case. During the conference, the Court stated that it was amenable to Mr. Lamb appearing remotely so the defense could rebut any argument made by the government relating to Mr. Shelton paying money to Mr. Lamb for RepairPal's rent. The government represented it would "think about" the request and be "reasonable."

    The government has not made any further statements about its position regarding Mr. Lamb appearing via videoconference. We write to confirm that, whatever the government's position, the defense wishes to have the ability to offer Mr. Lamb's testimony via videoconference in the defense case. Mr. Lamb is expected to testify regarding his knowledge of RepairPal expenses that were paid by Mr. Shelton using his personal funds. Mr. Lamb's testimony is therefore relevant to the core question at issue here—whether Mr. Shelton was entitled to reimbursements for legitimate company expenses—and is critical to Mr. Shelton's defense.

    We ask that the Court confirm that Mr. Lamb may offer testimony via videoconference during Mr. Shelton's defense case. The Court's direction would be appreciated so that we may make arrangements for Mr. Lamb to be present in a location with appropriate videoconferencing technology for his testimony.



The Honorable Jacqueline S. Corley
February 28, 2025
Page 2

Sincerely,

 /s/

Adam Fee
of PAUL HASTINGS LLP