

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** February 28, 2025  **Time:** 2:58

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cr-00258-JSC-1

**Case Name:** United States of America v. Aubrey Jackson Shelton

[X] Present  [ ] Not Present  [ ] In-Custody & Remanded

**Attorneys for United States of America:** Nikhil Bhaghat/Noah Stern
**Attorneys for Defendant:** Adam Fee/Susan Leader

**Deputy Clerk:** Ada Means  **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS

Jury selection held. Jury selected and sworn. The matter is continued to March 3, 2025 at 8:00 a.m. for jury trial.