

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** March 10, 2025                     **Time:** 6:38

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cr-00258-JSC-1

**Case Name:** United States of America v. Aubrey Jackson Shelton
☒ Present   ☐ Not Present   ☐ In-Custody & Remanded

**Attorneys for United States of America:** Nikhil Bhaghat/Noah Stern
**Attorneys for Defendant:** Adam Fee/Susan Leader

**Deputy Clerk:** Ada Means                  **Court Reporter:** Debra Pas

### PROCEEDINGS

Jury trial (Day 7) held. Closing statement for the government presented by Mr. Stern. Closing statement for the defendant presented by Mr. Fee. Rebuttal statement for the government presented by Mr. Stern. Jury deliberation. The matter is continued to March 11, 2025, for further jury trial.

The following exhibits were marked and admitted into evidence:

| 1015 | 1023 | 1032 | 1056 | 1059 | 1293 | 1308 | 1342 |