1  ADAM FEE (SB# 345075)
   adamfee@paulhastings.com
2  SUSAN LEADER (SB# 216743)
   susanleader@paulhastings.com
3  ALI RABBANI (SB# 253730)
   alirabbani@paulhastings.com
4  BEN NICHOLSON (SB# 317970)
   bennicholson@paulhastings.com
5  PAUL HASTINGS LLP
   1999 Avenue of The Stars, 27th Floor
6  Los Angeles, California 90067
   Telephone:  1(310) 620-5700
7  Facsimile:  1(310) 620-5899
   Attorneys for Defendant
8  Aubrey Jackson Shelton II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-00258 JSC |
| Plaintiff, | STIPULATION TO UPDATE BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER |
| v. | |
| AUBREY JACKSON SHELTON, | |
| Defendant. | |

On April 25, 2025, upon stipulation by the parties, the Court set a briefing schedule for Defendant's Rule 29 motion. The parties, through undersigned counsel, hereby stipulate and agree to request that the briefing schedule be revised, by extending the deadline for each brief by one week, as follows:

- May 28, 2025 – Defendant's Rule 29 brief due.
- June 12, 2025 – Government's opposition to Defendant's Rule 29 motion due.
- June 20, 2025 – Defendant's Rule 29 reply brief due.

IT IS SO STIPULATED.

DATED:       May 19, 2025        */s/ Noah Stern*
                                 NOAH STERN
                                 NIKHIL BHAGAT
                                 Assistant United States Attorneys

STIPULATION TO UPDATE BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER
Case No. CR   23-00258 JSC

DATED: May 19, 2025  /s/ Adam Fee
ADAM FEE
SUSAN LEADER
ALI RABBANI
BEN NICHOLSON
Counsel for Defendant AUBREY JACKSON SHELTON

## [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court HEREBY ORDERS the following briefing schedule:

- May 28, 2025 – Defendant's Rule 29 brief due.
- June 12, 2025 – Government's opposition to Defendant's Rule 29 motion due.
- June 20, 2025 – Defendant's Rule 29 reply brief due.

IT IS SO ORDERED.

DATED: May 19, 2025

HON. JACQUELINE SCOTT CORLEY
United States District Judge

STIPULATION TO UPDATE BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER
Case No. CR 23-00258 JSC